UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERIC ELLIS, | ) | No. CV 16-2803-PLA |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: January 12, 2017

                                                PAUL L. ABRAMS
                                  UNITED STATES MAGISTRATE JUDGE