Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Eric Carlton Ellis

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARLTON ELLIS, | ) Case No.: 2:16-cv-02803-PLA |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal
Access to Justice Act Fees, Costs, and Expenses:

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant
to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should
be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this
suit.  No further action needs to be taken to continue this suit by reason of the last
sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1        IT IS ORDERED that fees and expenses in the amount of $3,500 as

2    authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3

4    DATE:   March 3, 2017      _____

5    THE HONORABLE PAUL L. ABRAMS
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19   Respectfully submitted,

20   LAW OFFICES OF Lawrence D. Rohlfing

21      /s/ *Brian C. Shapiro*

22   _____
     Brian C. Shapiro
     Attorney for plaintiff Eric Carlton Ellis

23

24

25

26